# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | Civil Action No.: 2:20-cv-03715-BRM-ESK |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| CAGAN MANAGEMENT GROUP, INC., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** that this matter, including without limitation all claims, cross-claims, and counter-claims that have been or could have been asserted in this action, having been amicably resolved by and among the parties, be and hereby is dismissed with prejudice and with each party to bear its own costs.

**Dated:  January 20, 2022**

**REID & ASSOCIATES**

By: _/s/ Brent S. Usery_
Brent S. Usery
Tel: 917.778.6680
Fax: 844.571-3789
Email: busery@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2903

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

*Attorneys for Plaintiff, Travelers Property Casualty Company Of America*

**McCARTER & ENGLISH, LLP**

By: *Sherilyn Pastor*
Sherilyn Pastor (Bar I.D. # 026031988)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

and

Neil B. Posner
Steven P. Blonder
**MUCH SHELIST, P.C.**
191 N. Wacker Drive
Suite 1800
Chicago, ILL 60606
(312) 521-2000

*Attorneys for Defendant, Cagan Management Group, Inc*.